IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PAMELLA MYERSON, )
)
        Plaintiff, )
)
v. ) Case No. 04-CV-2084
)
ADVENTURE MARKETING, INC. a/k/a )
MARTHA'S ADVENTURE MARKETING, INC., )
et al. )
)
        Defendant. )

## JUDGMENT

Now on this ___6___ day of ~~February~~ March 2006 this matter comes on for hearing on the issue of damages and the court having heard and duly considered the evidence finds that defendants, although having been duly served appear not but make default, and that Plaintiff and decedent's heirs have sustained damage by reason of the death of Gordon N. Myerson as follows:

ECONOMIC LOSSES:

| | | | |
|---|---|---|---|
| PAST LOSSES: | Lost Earnings | $388,107.00 | |
| | Loss of Services | $ 6,000.00 | |
| | Burial and Memorial | $ 9,844.00 | |
| | Personal Property | $ 1,500.00 | |
| FUTURE LOSSES: | Loss of Earnings | $485,133.00 | |
| | Loss of Services | $ 29,500.00 | |
| | TOTAL | $ 918,584.00 | |
| NON ECONOMIC LOSSES: | | $ 250,000.00 | |
| | TOTAL | $ 1,168,584.00 | |

The Court further finds that said damages should be apportioned as follows: 66.67% to plaintiff Pamella Myerson and 33.33% to Darci Myerson Combe.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that plaintiff have and recover from defendants and each of them the sum of $1,168.584.00 together with her costs

herein expended and interest as provided by law. It is further ordered that said sum be apportioned as follows: 66.67% to plaintiff Pamella Myerson and 33.33% to Darci Myerson Combe.

_____
JUDGE

Darci Myerson Combe hereby acknowledges and confirms that she hereby consents and agrees to the apportionment set forth above.

_____
DARCI MYERSON COMBE

ACKNOWLEDGMENT

STATE OF CALIFORNIA  )
                     )ss
COUNTY OF ORANGE     )

Now on this 6TH day of MARCH 2006 appeared Darci Myerson Combe who acknowledged that she executed the above Consent as her own free act and deed.

_____
Notary Public

JOHN LLANES
Commission # 1485136
Notary Public - California
Orange County
My Comm. Expires Apr 23, 2008

My Commission Expires:

APRIL 23, 2008